1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT SIMS,                                  1:13-cv-00536-GSA (PC)

12            Plaintiff,                            ORDER GRANTING APPLICATION
                                                    TO PROCEED IN FORMA PAUPERIS
13       v.
                                                    (Docs. 2, 3.)
14   YVETTE DUNCAN, et al.,

15            Defendants.
     _____/
16

17        Plaintiff  is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.   Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are

19   civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page

20   v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000)

21        In the instant action, plaintiff filed an application to proceed in forma pauperis.

22   Examination of these documents reveals that plaintiff is unable to afford the costs of this action.

23   **Accordingly, the motion to proceed in forma pauperis is GRANTED**.

24        IT IS SO ORDERED.

25     **Dated:   April 18, 2013**              _____ **/s/ Gary S. Austin** _____
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28